**Order entered April 26, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00087-CV

## IN RE: AMERICAN HOMES FOR RENT PROPERTIES EIGHT, LLC, Relator

**Original Proceeding from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 001-01437-2015**

## ORDER

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relator's petition for writ of mandamus. We order the trial judge, the Honorable Corinne A. Mason, to vacate her August 21, 2015, order abating this lawsuit pending a resolution of the district court case styled *Stephanie Woods, et al v. U.S. Bank, N.A., et al* pending before the 219th Judicial District Court of Collin County, Texas, Cause Number 219-02667-2015. Should the trial judge fail to comply with this order, the writ will issue. We **ORDER** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of her order issued in compliance with this order.

We **ORDER** the real parties in interest Stephanie Woods and Southern Homes Solutions LLC to bear the costs of this original proceeding.

/s/     DAVID EVANS
        JUSTICE